UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM T. THOMAS,

                        Plaintiff,                  20 **CIVIL** 2738 (CS)

        -against-                                 **JUDGMENT**

C.R. BARD, INC. a foreign corporation, and
BARD PERIPHERAL VASCULAR, INC.,

                        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 7, 2022, Defendants motion for summary judgment is GRANTED.; accordingly, the case is closed.

**Dated:**  New York, New York
           November 9, 2022

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                  **Clerk of Court**

                             **BY:**
                                                  _____
                                                  **Deputy Clerk**